AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |
|---|---|
| _____<br>*Plaintiff(s)*<br><br>v.<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                    *Signature of Clerk or Deputy Clerk*

ASMODUS, INC., et al. v. JUNBIAO OU, et al.

ADDITIONAL PARTIES TO SUMMONS

**Defendants Cont. from Summons**

**SHENZHEN SIGELEI TECHNOLOGY CO., LTD, a Chinese company;**

**DONGGUAN SHENXI HARDWARE ELECTRONICS TECHNOLOGY CO., LTD, a Chinese company;**

**WEHE, a Chinese company; LAISIMO, a Chinese company;**

**ACM VAPE, DBA of Ou;**

**GLOBAL VAPING LLC, a Nevada limited liability company;**

**and DOES 1 through 50, inclusive**