1  Robert G. Klein, Esq., State Bar No. 128550
   LAW OFFICE OF ROBERT G. KLEIN
2  8383 Wilshire Blvd., Suite 510
   Beverly Hills, California  90211
3  Telephone:  (323) 653-3900; Fax:(213) 947-1441
   robert@kleinlitigation.com
4  Bin Li, State Bar No. 223126
   LAW OFFICE OF BIN LI, PLC
5  730 N. Diamond Bar Blvd.
   Diamond Bar, Ca 91765
6  Telephone: (909) 861-6880

7  Attorneys for Defendants ACM Supplies, Inc., Improperly Served as ACM Vape; Junbiao Ou, an
   individual; and Shenzhen Sigelei Technology Co., Ltd., a Chinese Company

8                    UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

LAW OFFICE OF ROBERT G. KLEIN
8383 WILSHIRE BLVD., SUITE 510
BEVERLY HILLS, CALIFORNIA 90211
TELEPHONE (323) 653-3900

| | |
|---|---|
| 11  ASMODUS, INC., a California corporation; HSUEH CHENG YIN, an individual, | CASE NO.  **16:cv-03305-NC** |
| 12                              Plaintiffs, | Hon. Edward J. Davila/Courtroom 4 |
| 13  vs. | Action Filed:   June 15, 2016 |
| 14  JUNBIAO OU, an individual; SHENZHEN SIGELEI TECHNOLOGY CO., LTD., a Chinese company; DONGGUAN SHENXI HARDWARE ELECTRONICS TECHNOLOGY CO. LTD., a Chinese company; WEHE, a Chinese company; LAISIMO, a Chinese company; ACM VAPE, dba of Ou; GLOBAL VAPING LLC, a Nevada limited liability company, and DOES 1 through 50, inclusive. | **NOTICE OF MOTION AND MOTION TO DISMISS BY ACM SUPPLIES, INC., IMPROPERLY SERVED AS ACM VAPE; JUNBIAO OU, AN INDIVIDUAL; AND SHENZHEN SIGELEI TECHNOLOGY CO., LTD., A CHINESE COMPANY UNDER F.R.C.P. RULE 12(b)(5) FOR INSUFFICIENT SERVICE OF PROCESS** |
| 20                              Defendants. | Date:           December 8, 2016<br>Time:           9:00 a.m.<br>Courtroom:   4 |

22       **TO EACH PARTY AND TO COUNSEL OF RECORD FOR EACH PARTY:**

23       **YOU ARE HEREBY NOTIFIED THAT** on December 8, 2016 at 9:00 a.m., or as soon

24  thereafter as this matter may be heard in Courtroom 4 of United States District Court for the Northern

25  District of California, located at the Robert F. Peckham Federal Building, 280 S 1st St, San Jose, CA

26  95113, defendants ACM Supplies, Inc., (improperly served as ACM Vape dba Ou); Junbiao Ou, an

27  individual; and Shenzhen Sigelei Technology Co., Ltd., a Chinese Company (collectively sometimes

28

1

referred to as "Moving Parties") will specially appear and move the Court for an order to dismiss this action pursuant to F.R.C.P. Rule 12(b)(5) for insufficient service of process.

This motion is made pursuant to F.R.C.P. Rule 12(b)(5) on the grounds that:

1. Plaintiff filed a proof of service on ACM Vape, DBA Ou by allegedly leaving copies of the summons and complaint at a personal residence in the presence of an individual named Hu Oaw described as a competent member of the household. [Exhibit 1]

2. Defendant ACM Vape dba Ou is in fact ACM Supplies, Inc. a California corporation whose agent for service of process is Huilan Gao at 730 N. Diamond Bar Blvd., Diamond Bar, California. [see Exhibit 2]

3. The address listed on the proof of service of 12511 Vista Verrde Drive, Rancho Cucamonga, California is a home owned by Junbiao Ou but not his principal residence and the residence is rented or loaned out to individuals for a summer vacation and not occupied by members of the household. [Ou declaration]

4. Plaintiff filed a proof of service on Junbiao Ou by allegedly leaving copies of the summons and complaint at a personal residence in the presence of an individual named Hu Oaw described as a competent member of the household. [Exhibit 3]

5. The address listed on the proof of service of 12511 Vista Verrde Drive, Rancho Cucamonga, California is a home owned by Junbiao Ou but not his principal residence and the residence is rented or loaned out to individuals for a summer vacation and not occupied by members of the household. [Ou declaration].

6. Plaintiff filed a proof of service on Shenzhen Sigelei Technology Co. Ltd. a Chinese company by allegedly leaving copies of the summons and complaint at a personal residence in the presence of an individual named Hu Oaw described as a competent member of the household. [Exhibit 4]

7. The address listed on the proof of service of 12511 Vista Verrde Drive, Rancho Cucamonga, California is a home owned by Junbiao Ou but not his principal residence and the residence is rented or loaned out to individuals for a summer vacation and not occupied by members of the household. [Ou declaration].

This motion will be based on this notice, the attached memorandum in support and

LAW OFFICE OF ROBERT G. KLEIN
8383 WILSHIRE BLVD., SUITE 510
BEVERLY HILLS, CALIFORNIA 90211
TELEPHONE (323) 653-5900

2

1  declarations of Junbiao Ou and Bin Li, the records and files in this action and any further evidence and

2  argument the Court will receive at or before the hearing on the motion.

3          Prior to filing this motion Moving Parties engaged in a meet and confer conference on July 12,

4  2016 in an attempt to resolve some venue issues. Moving Parties attempted a second meet and confer

5  to resolve the issues of insufficient service but plaintiff's counsel did not return the call.

6

7  Dated: July 13, 2016

8                                      LAW OFFICE OF ROBERT G. KLEIN

9

10                                     By:

11                                     Robert G. Klein
                                       Bin Li
12                                     Attorneys for Defendants ACM Supplies,
                                       Inc., improperly Served as ACM Vape;
13                                     Junbiao Ou, an individual; and Shenzhen
                                       Sigelei Technology Co., Ltd., a Chinese
14                                     Company

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICE OF ROBERT G. KLEIN
8383 WILSHIRE BLVD., SUITE 510
BEVERLY HILLS, CALIFORNIA 90211
TELEPHONE (323) 653-3900

# MEMORANDUM OF POINTS AND AUTHORITIES

## I     STATEMENT OF ISSUES TO BE DECIDED

Whether plaintiff properly served AMC Supplies, Inc. by delivering the summons to the guests at an investment property owned by Junbiao Ou, a Chinese resident when Junbiao Ou was in China.

Whether plaintiff properly served Junbiao Ou by delivering the summons to the guests at an investment property owned by Junbiao Ou.

Whether plaintiff properly served Shenzhen Sigelei Technology Co. Ltd. a Chinese company by delivering the summons to the guests at an investment property owned by Junbiao Ou, a Chinese resident when Junbiao Ou was in China.

Whether plaintiff is required to comply with the Hague Convention to properly serve Junbiao Ou and Shenzhen Sigelei Technology Co. Ltd. a Chinese company.

## II     STATEMENT OF RELEVANT FACTS

Plaintiff Asmodus, Inc. and Hsueh Cheng Yin (sometimes collectively referred to as the "Yin Group") filed this lawsuit for trademark infringement, cancellation of the federally registered trademark "Snow Wolf" registered by Shenzhen Sigelei Technology Co. Ltd. as of February 24, 2015 and a second registration by Junbiao Ou of the design and drawing (the trademark as registered in the USPTO are attached collectively as Exhibit 5), and unfair competition.

Defendant Junbiao Ou is a Chinese citizen domiciled in China.  Defendant Shenzhen Sigelei Technology Co. Ltd., a Chinese company is also a citizen of China and domiciled in China.  Three other defendants (Dongguan Shenxi Hardware Electronics Technology Co. Ltd.; WEHE, and Laisimo, are Chinese companies) are all Chinese domiciles but have not been served.  Only two defendants (ACM Supplies, Inc., a California corporation and Global Vaping LLC) are non-Chinese companies.

Instead of complying with the Hague Convention to serve the Chinese individual and entities, plaintiff has failed to comply with the proper methods for service of process of non-resident defendants.

///

///

///

LAW OFFICE OF ROBERT G. KLEIN
8383 WILSHIRE BLVD., SUITE 510
BEVERLY HILLS, CALIFORNIA 90211
TELEPHONE (323) 653-3900

4

III    **ARGUMENT**

A.    **Plaintiff Needs to Comply with California's Statute on Service of Process**

Under the Federal Rules, the federal courts may make use of the service of process rules of the state in which the federal case is sitting. [F.R.C.P. Rule 4(e)(1)]. The Federal Rules allow the use of such state statutes in federal question cases as well as in diversity cases. [*Car-Freshner v Broadway Mfg. Co.*, 337 F. Supp. 618, 173 U.S.P.Q. 226 (S.D.N.Y. 1971)]

B.    **Service on ACM Supplies, Inc. Was Insufficient**

Under the Federal Rules, a business entity (domestic or foreign corporation or partnership or association subject to suit under a common name) can be served by delivering a copy of the summons and complaint to: an officer; a managing or general agent; any other agent authorized by appointment or by law to receive service of process. [FRCP 4(h)(1)(B)]

ACM Supplies, Inc. is a California corporation with its principal place of business at 730 N. Diamond Bar Blvd, Diamond Bar, California 91765. Its registered agent for service of process is Huilan Gao at that same address. Plaintiff did not serve the registered agent for service of process nor did plaintiff serve an officer, managing agent, or general agent of ACM Supplies, but instead delivered a copy of the summons to a residence owned by Junbiao Ou and delivering it to an individual guest who was residing at the residence while on vacation.

C.    **Service on Junbiao Ou Was Insufficient**

Junbiao Ou lives in China. Junbiao Ou purchased a home at 12511 Vista Verde Drive, Rancho Cucamonga, California as an investment and spends very little time at that location. When he is not at the Rancho Cucamonga home, Junbiao Ou does not have anyone staying at that house who would be considered someone who is in charge of the household. Instead, when he is not there he rents that property out or allows friends to use that house for vacation.

Plaintiff has attempted a substitute service on Junbiao Ou by delivering a copy of the summons and complaint to an individual who was on vacation at a house owned by Junbiao Ou . That was not proper service. The Federal Rules allow that an individual may be served by "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made." [FRCP 4(e)(1); *LSJ Inv. Co., Inc. v. O.L.D., Inc.* (6th Cir.

5

LAW OFFICE OF ROBERT G. KLEIN
8383 WILSHIRE BLVD., SUITE 510
BEVERLY HILLS, CALIFORNIA 90211
TELEPHONE (323) 653-3900

1  1999) 167 F3d 320, 322-323]

2      *Code of Civil Procedure* § 415.20 states in part: "(b) If a copy of the summons and complaint

3  cannot with reasonable diligence be personally delivered to the person to be served ... a summons may

4  be served by leaving a copy of the summons and complaint at the person's dwelling house, usual place

5  of abode ... *in the presence of a competent member of the household or a person apparently in charge*

6  *of his or her office, place of business*, ... who shall be informed of the contents thereof, and by

7  thereafter mailing a copy of the summons and of the complaint by first-class mail, postage prepaid to

8  the person to be served at the place where a copy of the summons and complaint were left. Service of

9  a summons in this manner is deemed complete on the 10th day after the mailing."

10      In this case the substitute service was made on a guest who was staying at this residence while

11  on vacation.  This was not anyone who had a duty to inform the owner of the residence that a

12  summons and complaint was intended to be served on Mr. Ou.  It was made on a person who was not

13  in charge of the household but someone who was using the residence as a vacation stay. *Ellard v.*

14  *Conway*, 94 Cal. App. 4th 540, 546, 114 Cal. Rptr. 2d 399, 403 (2001) held that: "Service must be

15  made upon a person whose 'relationship with the person to be served makes it more likely than not

16  that they will deliver process to the named party." [*Bein v. Brechtel-Jochim Grp.*, Inc., 6 Cal. App. 4th

17  1387, 1393]

18      1.   **Plaintiff is required to Serve Junbiao Ou Under the Hague Convention**

19      Defendants like Junbiao Ou living in another country can be served with a summons in the

20  same way as persons living in other states. However, international treaties may limit the manner of

21  service on persons located in signatory countries. The rules for serving persons in foreign countries

22  are expressly subject to the Hague Service Convention (20 U.S.T. 361-367). [CCP § 413.10(c), last

23  sent.]

24      The Hague Service Convention has been signed by more than 50 countries, including the U.S.,

25  Canada, Mexico, China and most European nations. California courts may not exercise jurisdiction

26  in violation of an international treaty. [*Volkswagenwerk Aktiengesellschaft v. Schlunk* (1988) 486 US

27  694, 699, 108 S.Ct. 2104, 2107-2108; *Kott v. Sup.Ct. (Beachport Entertainment Corp.)* (1996) 45

28  CA4th 1126, 1136, 53 CR2d 215, 220 (citing text); *Floveyor Int'l, Ltd. v. Sup.Ct. (Shick Tube-Veyor*

LAW OFFICE OF ROBERT G. KLEIN
8383 WILSHIRE BLVD., SUITE 510
BEVERLY HILLS, CALIFORNIA 90211
TELEPHONE (323) 653-3900

6

1   *Corp.*) (1997) 59 CA4th 789, 795, 69 CR2d 457, 461]

2       The methods enumerated in CCP § 413.10(c) for serving defendants abroad all require

3   transmission of documents abroad, and therefore are preempted by the Hague Convention as to

4   defendants in signatory countries. [*Kott v. Sup.Ct. (Beachport Entertainment Corp.), supra,* 45 CA4th

5   at 1136, 53 CR2d at 220]

6       Article 1 of the Hague Service Convention states that the Convention does not apply if the

7   address of the person to be served is not known. However, this provision has been construed to mean

8   the Hague Service Convention does not apply when defendant's whereabouts cannot be ascertained

9   despite reasonable diligence  [*Kott v. Sup.Ct. (Beachport Entertainment Corp.), supra,* 45 CA4th at

10  1139, 53 CR2d at 222 (service by publication invalid)—Canadian defendant's address was "unknown"

11  only because plaintiff "chose to ignore obvious avenues for obtaining the information" and instead

12  only attempted to locate California address for him; *Lebel v. Mai* (2012) 210 CA4th 1154, 1161-1162,

13  148 CR3d 892, 898-899—plaintiff could not avoid application of Hague Convention where she made

14  no effort to determine defendant's residential, business or other mailing address in England despite

15  having his e-mail address and overseas phone number]

16      Fed. R. Civ. P. 4(f) Serving an Individual in a Foreign Country states: "Unless federal law

17  provides otherwise, an individual--other than a minor, an incompetent person, or a person whose

18  waiver has been filed--may be served at a place not within any judicial district of the United States:(1)

19  by any internationally agreed means of service that is reasonably calculated to give notice, such as

20  those authorized by the Hague Convention on the Service Abroad of Judicial and Extrajudicial

21  Documents".

22      If plaintiff is unable to serve Junbiao Ou either personally or by appropriate substitute service,

23  then plaintiff must serve Junbiao Ou under the terms of the Hague Convention.

24  **D.    Service on Shenzhen Sigelei Technology Co. Ltd. Was Insufficient**

25      Plaintiff is attempting to serve Shenzhen Sigelei Technology Co. Ltd., a Chinese company by

26  substitute service. A foreign country corporation that has qualified to do business in California must

27  appoint a local agent for service of process, or the Secretary of State if the designated agent cannot be

28  found [see Corps.C. § 2105(a)].  Shenzhen Sigelei Technology Co. Ltd. does not maintain an agent

LAW OFFICE OF ROBERT G. KLEIN
8383 WILSHIRE BLVD., SUITE 510
BEVERLY HILLS, CALIFORNIA 90211
TELEPHONE (323) 653-3900

7

1    for service of process in California because it is not engaging in business in California.

2         California law permits service of process on a foreign corporation by delivery to its "general

3    manager in this State." [Corps.C. § 2110; CCP § 416.10(d)].  A local subsidiary of a foreign parent

4    corporation is deemed its "general manager in this State," regardless of whether the subsidiary has any

5    real control or managerial responsibility over the foreign parent corporation's activities. [*Yamaha*

6    *Motor Co., Ltd. v. Sup.Ct. (Connors)* (2009) 174 CA4th 264, 274, 94 CR3d 494, 501 (relying on

7    *Cosper v. Smith & Wesson Arms Co.* (1959) 53 C2d 77, 83-84, 346 P2d 409, 414—nonexclusive

8    California sales representative deemed out-of-state manufacturer's "general agent" for service of

9    process)]

10        Fed. R. Civ. P. 4(h) states in part: "Unless federal law provides otherwise ... a domestic or

11    foreign corporation, or a partnership or other unincorporated association that is subject to suit under

12    a common name, must be served:(1) in a judicial district of the United States:(A) in the manner

13    prescribed by Rule 4(e)(1) for serving an individual; or (B) by delivering a copy of the summons and

14    of the complaint to an officer, a managing or general agent, or any other agent authorized by

15    appointment or by law to receive service of process and--if the agent is one authorized by statute and

16    the statute so requires--by also mailing a copy of each to the defendant; or (2) at a place not within any

17    judicial district of the United States, in any manner prescribed by Rule 4(f) for serving an individual,

18    except personal delivery under (f)(2)(C)(i)".

19        Plaintiff has once again failed to comply with the statute on serving a foreign corporation.

20    **E.**    **Plaintiff Has the Burden to Establish Service Was Valid**

21        When service of process is properly challenged, the party on whose behalf service was made

22    (plaintiff) has the burden to establish its validity. [*See Mann v. Castiel* (DC Cir. 2012) 681 F3d 368,

23    373]

24        Respectfully submitted.

25    ///

26    ///

27    ///

28    ///

LAW OFFICE OF ROBERT G. KLEIN
8383 WILSHIRE BLVD., SUITE 510
BEVERLY HILLS, CALIFORNIA 90211
TELEPHONE (323) 653-5900

8

1   Dated: July 13, 2016

2                                           LAW OFFICE OF ROBERT G. KLEIN

3

4                                           By: _____
                                            Robert G. Klein, Esq.
5                                           Bin Li. Esq.
                                            Attorneys for Defendants
6                                           ACM Supplies, Inc., improperly Served
                                            as ACM Vape; Junbiao Ou, an individual;
7                                           and Shenzhen Sigelei Technology Co.,
                                            Ltd., a Chinese Company
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICE OF ROBERT G. KLEIN
8383 WILSHIRE BLVD., SUITE 510
BEVERLY HILLS, CALIFORNIA 90211
TELEPHONE (323) 653-3900

9

LAW OFFICE OF ROBERT G. KLEIN
8383 WILSHIRE BLVD., SUITE 510
BEVERLY HILLS, CALIFORNIA 90211
TELEPHONE (323) 653-2990

**DECLARATION OF JUNBIAO OU**

I, Junbiao Ou declare:

1. I have personal knowledge of all the facts hereafter alleged and if called upon to testify could competently do so.

2. I am a Chinese citizen. My principal residence is at Unit 1, Building No.3, Phase III, Jinxiushanhe, Songshan Hu, Dongguan City, Guangdong Province, China.

3. On December 9, 2014 I purchased a house at 12511 Vista Verde Drive, Rancho Cucamonga, California as an investment.

4. In the last 12 months I spent about 60 days at that house.

5. When I am not there nobody in my household lives there and the house remains vacant.

6. On occasion I rent that house out to people visiting the Los Angeles area on vacation.

7. On July 13, 2016 I learned that the plaintiff in this case claimed they served the summons on me by delivering the summons to the 12511 Vista Verde Drive, Rancho Cucamonga residence by leaving a copy with someone named Hu Oaw on July 6, 2016. I received this information from my lawyer.

8. I do not know anybody named Hu Oaw.

9. As of July 6, 2016 I allowed guests to stay at that house while they were on vacation.

10. I did not give any of those visitors authority to act on behalf of the household.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed July _17_, 2016 in Dongguan City, Guangdong Province, China.

_____
Junbiao Ou

10

LAW OFFICE OF ROBERT G. KLEIN
8383 WILSHIRE BLVD., SUITE 510
BEVERLY HILLS, CALIFORNIA 90211
TELEPHONE (323) 653-3900

### DECLARATION OF BIN LI

I, Bin Li declare:

1.  I have personal knowledge of all the facts hereafter alleged and if called upon to testify could competently do so.

2.  I am an attorney duly licensed to practice law in all courts in the State of California and I am co-counsel for the moving parties in this action who are specially appearing to challenge the service of process.

3.  On July 13, 2016 I learned that plaintiff filed a proof of service on ACM Vape, DBA Ou by allegedly leaving copies of the summons and complaint at a personal residence in the presence of an individual named Hu Oaw described as a competent member of the household. [Exhibit 1]. I learned this when the plaintiff's attorney provided us with this document.

4.  My office formed the corporation ACM Supplies, Inc. a California corporation whose agent for service of process is Huilan Gao at 730 N. Diamond Bar Blvd., Diamond Bar, California. [see Exhibit 2 from the Secretary of State web site]. Plaintiff erroneously named this entity ACM Vape dba Ou.

5.  On July 13, 2016 I also learned plaintiff filed a proof of service on Junbiao Ou by allegedly leaving copies of the summons and complaint at a personal residence in the presence of an individual named Hu Oaw described as a competent member of the household. [Exhibit 3]

6.  On July 13, 2016 I also learned plaintiff filed a proof of service on Shenzhen Sigelei Technology Co. Ltd. a Chinese company by allegedly leaving copies of the summons and complaint at a personal residence in the presence of an individual named Hu Oaw described as a competent member of the household. [Exhibit 4].

7.  Plaintiff filed this lawsuit for trademark infringement, unfair competition, and sought to cancel the federally registered trademark "Snow Wolf". That trademark was registered by Shenzhen Sigelei Technology Co. Ltd. as of February 24, 2015 and a second registration by Junbiao Ou of the design and drawing (the trademark as registered in the USPTO are attached collectively as Exhibit 5). My firm was responsible for registering these trademarks.

11

8. Shenzhen Sigelei Technology Co. Ltd. does not maintain an agent for service of process in California because it is not engaging in business in California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed July ___, 2016 in Diamond Bar, California.



Bin Li

LAW OFFICE OF ROBERT G. KLEIN
8383 WILSHIRE BLVD., SUITE 510
BEVERLY HILLS, CALIFORNIA 90211
TELEPHONE (323) 653-3900

12

# EXHIBIT 1

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Alexander Chen, 245798<br>Inhouse Co.<br>7700 Irvine Center Drive<br>Irvine, CA 92618 | | 949-250-1555 | |
| | Ref. No. or File No. | | |
| ATTORNEY FOR (Name): Plaintiff | | None | |

| Insert name of court, judicial district or branch court, if any: |
|---|
| United States Bankruptcy Court, Northern District of California<br>280 S. 1st St #3035<br>San Jose, CA 95113-3099 |

| PLAINTIFF: |
|---|
| ASMODUS, INC. A California Corporation |

| DEFENDANT: |
|---|
| Junbiao Ou.,et al., |

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>5:16-CV-03305-NC |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons, Complaint, Civil Case Cover Sheet, Case Management Order, Order Setting Initial Case management Conference and ADR deadline, Certificate of Interested Parties, Consent or Declination To Magistrate Judge Jurisdiction, Report on Filing Patent

BY FAX

2. Party Served:                    ACM Vape, DBA of Ou

3. Person Served:                   Junbiao Ou - Person Authorized to Accept Service of Process

   a. Left with:                    HU OAW - Co-Occupant

4. Date & Time of Delivery:         07/02/2016          2:36PM

5. Address, City and State:         12511 Vista Verde Drive
                                    Rancho Cucamonga, CA 91739

6. Manner of Service:               By leaving the copies with or in the presence of HU OAW , a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 50.90

Registered California process server.
County:  SAN BERNARDINO
Registration No.: 1479
Jeffery G. Dunn, Sr
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 07/13/2016 at Los Angeles, California.

Signature: _____

Jeffery G. Dunn, Sr

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Alexander Chen, 245798<br>Inhouse Co.<br>7700 Irvine Center Drive<br>Irvine, CA 92618 | | 949-250-1555 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>None | | |

| Insert name of court, judicial district or branch court, if any: |
|---|
| United States Bankruptcy Court, Northern District of California<br>280 S. 1st St #3035<br>San Jose, CA 95113-3099 |

| PLAINTIFF: |
|---|
| ASMODUS, INC. A California Corporation |

| DEFENDANT: |
|---|
| Junbiao Ou.,et al., |

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>5:16-CV-03305-NC |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action.  My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On 07/13/2016, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Summons, Complaint, Civil Case Cover Sheet, Case Management Order, Order Setting Initial Case management Conference and ADR deadline, Certificate of Interested Parties, Consent or Declination To Magistrate Judge Jurisdiction, Report on Filing Patent

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

ACM Vape, DBA of Ou

Junbiao Ou

12511 Vista Verde Drive

Rancho Cucamonga, CA 91739

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 50.90

| | |
|---|---|
| Jesse Villalta<br>One Legal - 194-Marin<br>504 Redwood Blvd #223<br>Novato, CA 94947 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 07/13/2016 at Los Angeles, California.<br><br>Jesse Villalta |

# EXHIBIT 2

# Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Tuesday, July 12, 2016. Please refer to Processing Times for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| | |
|---|---|
| Entity Name: | ACM SUPPLIES, INC. |
| Entity Number: | C3707706 |
| Date Filed: | 09/02/2014 |
| Status: | ACTIVE |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | 730 N DIAMOND BAR BLVD |
| Entity City, State, Zip: | DIAMOND BAR CA 91765 |
| Agent for Service of Process: | HUILAN GAO |
| Agent Address: | 730 N DIAMOND BAR BLVD |
| Agent City, State, Zip: | DIAMOND BAR CA 91765 |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code section 2114 for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to Name Availability.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Field Descriptions and Status Definitions.

Privacy Statement | Free Document Readers

Copyright © 2016   California Secretary of State

# EXHIBIT 3

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Alexander Chen, 245798<br>Inhouse Co.<br>7700 Irvine Center Drive<br>Irvine, CA 92618 | 949-250-1555 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>None | |

Insert name of court, judicial district or branch court, if any:

United States Bankruptcy Court, Northern District of California

280 S. 1st St #3035

San Jose, CA 95113-3099

PLAINTIFF:

ASMODUS, INC. A California Corporation

DEFENDANT:

Junbiao Ou.,et al.,

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>5:16-CV-03305-NC |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Summons, Complaint, Civil Case Cover Sheet, Case Management Order, Order Setting Initial Case management
Conference and ADR deadline, Certificate of Interested Parties, Consent or Declination To Magistrate Judge
Jurisdiction, Report on Filing Patent

2. Party Served:       JUNBIAO OU                                   BY FAX

3. Person Served:       party in item 2

  a. Left with:       HU OAW - Co-Occupant

4. Date & Time of Delivery:   07/06/2016        10:53AM

5. Address, City and State:   12511 Vista Verde Drive
                Rancho Cucamonga, CA 91739

6. Manner of Service:   By leaving the copies with or in the presence of HU OAW , a competent member of the
                household (at least 18 years of age) at the dwelling house or usual place of abode of the
                person served. I informed him/her of the general nature of the papers. I caused the copies to
                be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 60.40

Registered California process server.
County:  SAN BERNARDINO
Registration No.: 1479
Expiration:    Jeffery G. Dunn, Sr

One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of
America and the State of California that the foregoing is true and correct and
that this declaration was executed on 07/13/2016 at Los Angeles, California.

Signature: _____

Jeffery G. Dunn, Sr

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Alexander Chen, 245798<br>Inhouse Co.<br>7700 Irvine Center Drive | | 949-250-1555 | |
| Irvine, CA 92618 | Ref. No. or File No. | | |
| ATTORNEY FOR (Name): Plaintiff | | None | |

Insert name of court, judicial district or branch court, if any:
United States Bankruptcy Court, Northern District of California
280 S. 1st St #3035
San Jose, CA 95113-3099

PLAINTIFF:
ASMODUS, INC. A California Corporation

DEFENDANT:
Junbiao Ou.,et al.,

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>5:16-CV-03305-NC |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On 07/13/2016, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Summons, Complaint, Civil Case Cover Sheet, Case Management Order, Order Setting Initial Case management Conference and ADR deadline, Certificate of Interested Parties, Consent or Declination To Magistrate Judge Jurisdiction, Report on Filing Patent

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles , California, addressed as follows:

JUNBIAO OU

12511 Vista Verde Drive

Rancho Cucamonga, CA 91739

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 60.40

| Jesse Villalta<br>One Legal - 194-Marin<br>504 Redwood Blvd #223<br>Novato, CA 94947 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 07/13/2016 at Los Angeles, California.<br><br>Jesse Villalta |
|---|---|

# EXHIBIT 4

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Alexander Chen, 245798<br>Inhouse Co.<br>7700 Irvine Center Drive<br>Irvine, CA 92618 | 949-250-1555 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>None | |

Insert name of court, judicial district or branch court, if any:
United States Bankruptcy Court, Northern District of California
280 S. 1st St #3035
San Jose, CA 95113-3099

PLAINTIFF:
ASMODUS, INC. A California Corporation

DEFENDANT:
Junbiao Ou.,et al.,

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>5:16-CV-03305-NC |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Summons, Complaint, Civil Case Cover Sheet, Case Management Order, Order Setting Initial Case management Conference and ADR deadline, Certificate of Interested Parties, Consent or Declination To Magistrate Judge Jurisdiction, Report on Filing Patent

BY FAX

2. Party Served: Shenzhen Sigelei Technology Co. LTD A Chinese Comany

3. Person Served: party in item 2

a. Left with: HU OAW - Co-Occupant

4. Date & Time of Delivery: 07/06/2016        10:53AM

5. Address, City and State: 12511 Vista Verde Drive
Rancho Cucamonga, CA 91739

6. Manner of Service: By leaving the copies with or in the presence of HU OAW , a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 89.40

Registered California process server.
County:  SAN BERNARDINO
Registration No.: 1479
Expiration:     Jeffery G. Dunn, Sr

One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 07/13/2016 at Los Angeles, California.

Signature: _____

Jeffery G. Dunn, Sr

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Alexander Chen, 245798<br>Inhouse Co.<br>7700 Irvine Center Drive<br>Irvine, CA 92618 | 949-250-1555 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>None | |

| Insert name of court, judicial district or branch court, if any: |
|---|
| United States<br>280 S. 1st St #3035<br>San Jose, CA 95113-3099 |

| PLAINTIFF: |
|---|
| ASMODUS, INC. A California Corporation |

| DEFENDANT: |
|---|
| Junbiao Ou.,et al., |

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>5:16-CV-03305-NC |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action.  My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On 07/13/2016, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Summons, Complaint, Civil Case Cover Sheet, Case Management Order, Order Setting Initial Case management Conference and ADR deadline, Certificate of Interested Parties, Consent or Declination To Magistrate Judge Jurisdiction, Report on Filing Patent

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles , California, addressed as follows:

Shenzhen Sigelei Technology Co. LTD A Chinese Comany

Junbiao Ou

12511 Vista Verde Drive

Rancho Cucamonga, CA 91739

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 89.40

| Jesse Villalta<br>One Legal - 194-Marin<br>504 Redwood Blvd #223<br>Novato, CA 94947 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 07/13/2016 at Los Angeles, California.<br><br>Jesse Villalta |
|---|---|

# EXHIBIT 5

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Jul 14 03:21:45 EDT 2016*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At:     OR   Jump   to record:     **Record 2 out of 11**

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# SNOWWOLF

| | |
|---|---|
| **Word Mark** | SNOWWOLF |
| **Goods and Services** | IC 034. US 002 008 009 017. G & S: Electronic cigarettes, electronic cigars, cartomizers, namely, combination electronic cigarette refill cartridges sold empty and atomizers and smokeless cigarette vaporizer pipe. FIRST USE: 20140430. FIRST USE IN COMMERCE: 20140430 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86326956 |
| **Filing Date** | July 2, 2014 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 9, 2014 |
| **Registration Number** | 4691744 |
| **Registration Date** | February 24, 2015 |
| **Owner** | (REGISTRANT) SHENZHEN SIGELEI TECHNOLOGY CO., LTD CORPORATION CHINA 2 Fl. Xinfa Industrial Xin Qiao Village Sha Jing Town, Baoan District, Shenzhen CHINA<br><br>(LAST LISTED OWNER) OU, JUNBIAO INDIVIDUAL CHINA 2 FL. XINFA INDUSTRIAL XIN QIAO VILLAGE SHA JING TOWN, BAOAN DISTRICT SHENZHEN CHINA |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of** | Bin Li |

| | |
|---|---|
| **Record** | |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME · NEW USER · STRUCTURED · FREE FORM · BROWSE DICT · SEARCH OG · TOP · HELP · PREV LIST · CURR LIST · NEXT LIST · FIRST DOC · PREV DOC · NEXT DOC · LAST DOC

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY


**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Jul 14 03:21:45 EDT 2016*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout Please logout when you are done to release system resources allocated for you.

Start List At:    OR Jump to record:    **Record 1 out of 11**

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | SNOWWOLF |
| **Goods and Services** | IC 034. US 002 008 009 017. G & S: Electronic cigarettes, electronic cigars, Cartomizers, namely, combination electronic cigarette refill cartridges sold empty and atomizers and smokeless cigarette vaporizer pipe; Electronic cigarette liquid(e-liquid). FIRST USE: 20140430. FIRST USE IN COMMERCE: 20140430 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 03.01.09 - Coyotes; Hyenas; Jackals; Wolves<br>03.01.16 - Heads of cats, dogs, wolves, foxes, bears, lions, tigers<br>03.01.24 - Stylized cats, dogs, wolves, foxes, bears, lions, tigers |
| **Serial Number** | 87048968 |
| **Filing Date** | May 25, 2016 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Ou,Junbiao INDIVIDUAL CHINA 2 Floor Xinfa Industrial Xin Qiao Village ShaJing Town, Baoan District Shenzhen CHINA |
| **Attorney of Record** | Bin Li |
| **Prior Registrations** | 4691744;4703329;4708005 |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of a wolf head with a word "snowwolf" underneath. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

**Live/Dead Indicator**    LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

LAW OFFICE OF ROBERT G. KLEIN
555 WEST FIFTH STREET, 31ST FLOOR
LOS ANGELES, CALIFORNIA 90013-1010
TELEPHONE (213) 996-8508

## PROOF OF SERVICE

**STATE OF CALIFORNIA** )
)
**COUNTY OF LOS ANGELES** )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to this action; my business address is 8383 Wilshire Blvd., Suite 510, Beverly Hills, California 90211.

On **Wednesday, July 20, 2016**, I served the foregoing document described as **NOTICE OF MOTION TO DISMISS INSUFFICIENT SERVICE** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope, in the United States mail, addressed as follows:

### *SEE ATTACHED LIST*

☒ **(By U.S. Mail)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Beverly Hills, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of depositing for mailing in affidavit.

☐ **(By Personal Service)** I delivered such envelope by hand to the offices of the addressee.

☒ **ECF**. This was served through the court's ECF filing system and electronically mailed to all parties appearing in the case.

☐ **(By Overnight Delivery)** I placed the Federal Express package for overnight delivery in a box or location regularly maintained by Federal Express or I delivered the package to an authorized courier or driver authorized by Federal Express to receive documents. The package was placed in a sealed envelope or package designated by Federal Express with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served at the address(es) shown herein.

☐ **(State)** I declare, under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 20, 2016, at Beverly Hills, California.

/s/ Robert G. Klein
Robert G. Klein

7