# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| ASMODUS, INC., a California corporation; HSUEH CHEN YIN, an individual,<br><br>*Plaintiff(s)*<br>v.<br>JUNBIAO OU, an individual; [Cont. on Attachment]<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 5:16-cv-03305 EJD<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JUNBIAO OU

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint / **amended** or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alexander Chen, Esq.
Omid Shabani, Esq.
Inhouse Co.
1 Almaden Blvd., Suite 810
San Jose, CA 95113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the **amended** complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date:  **8/3/2016**

*Signature of Clerk or Deputy Clerk*

# ASMODUS, INC., et al. v. JUNBIAO OU, et al.
## ADDITIONAL PARTIES TO SUMMONS

**Defendants Cont. from Summons**

**SHENZHEN SIGELEI TECHNOLOGY CO., LTD, a Chinese company;**

**DONGGUAN SHENXI HARDWARE ELECTRONICS TECHNOLOGY CO., LTD, a Chinese company;**

**DONGGUAN WEHE ELECTRONIC TECHNOLOGY Co., Ltd, a Chinese company;**

**SHENZHEN LSM TECHNOLOGY Ltd., a Chinese company;**

**ACM SUPPLIES, INC.;**

**GLOBAL VAPING LLC, a Nevada limited liability company;**

**ISAAC WALKER, an individual;**

**and DOES 1 through 50, inclusive**