# Declaration of Hsueh "Eddie" Cheng Yin

1. I have personal knowledge of all of the facts hereinafter alleged, and if called upon to testify hereto, I could and would competently do so.

2. I am an individual plaintiff in this instant lawsuit, and a former friend and business associate of the individual defendant in this suit, Junbiao Ou.  It is through this past friendship and extensive business association that I came to be informed of the facts to which I am hereby attesting to.  Further, I have been, and still am on this date, "friends" and thereby connected with Junbiao Ou on Facebook, which allows me the highest level of access to Mr. Ou's Facebook page, and his website postings, including Mr. Ou's photographic uploads and his personal commentaries.  I have supplied the photographs here in my Declaration from "screenshots" I have taken, without modification or alteration, directly from Junbiao Ou's Facebook page on August 2, 2016 and on August 3, 2016.

3. This photo from Mr. Ou's Facebook page is said to depict the Sigelei Service Center in Ontario, California, contradicting the Defendant's claim that Sigelei is "not doing business in California," and so can only be served in China.  From my own personal knowledge and awareness, I know that Sigelei in fact has extensive business dealings and operations in California, as is evidenced from this photo of its touted Service Center in Ontario.



4. In fact, the next screenshot from Sigelei's website page indicates, by Sigelei's own admission, that its warranty center is located in 1500 S Milliken Ave., # F, Ontario, CA 91761 with telephone number of : 1-888-739-2909.



**5.** The next screenshots from Junbiao Ou's Facebook page indicate, by Mr. Ou's own self-depiction as the "President and CEO" of Sigelei, which is in accord with my own understanding and personal dealings with Mr. Ou. He also admits that he lives in Rancho Cucamonga, the city in which the subject property is located.



6. Regarding Mr. Ou's residential property located at 12511 Vista Verde Drive, Rancho Cucamonga, California (the "Subject Property"), I have personal knowledge of Junbiao Ou's occupation and use of that property during the period of time covered in the instant lawsuit, up to and including the time the contested service of process was made at that location. In fact, in the course of our long and close personal and business relationship, Mr. Ou had asked me to pay his utilities at that property as a loan when he was facing a cash shortfall at the time. In the context of this loan request, I became personally familiar and learned of the following:

7. Junbiao Ou purchased the Subject Property to establish his base of operations in the US, and has used it, mostly if not exclusively, to my knowledge for this purpose, including to temporarily house workers for his alter-ego enterprises, mainly including ACM Supplies and Segelei, which is located nearby. From my personal understanding, Mr. Ou's request of funds to cover the utility expenses for the Subject Property, was in connection with his business activities, and certainly not for its maintenance as a "vacation home" for guests.

8. It is my further understanding, including from direct statements made to me by Mr. Ou, that Mr. Ou was in complete charge of the Subject Property, and that anyone staying there would only be by his direct authority and authorization in his place and stead.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 3, 2016, at Paramount, California.

*/s/ Hsueh "Eddie" Cheng Yin*

Hsueh "Eddie" Cheng Yin