Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASMODUS, INC., et al. , <br><br>　　　　Plaintiff(s) <br>v. <br><br>JUNBIAO OU, et al. , <br><br>　　　　Defendant(s) | Case No. C 16-cv-03305-EJD <br><br><br>NOTICE OF NEED FOR ADR PHONE CONFERENCE |

Counsel report that they have met and conferred regarding ADR and that they:

☐ have not yet reached an agreement to an ADR process OR

☒ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 9/14/2016

The following counsel will participate in the ADR phone conference:

| Attorney Name & Party Representing | Phone & Email Address |
|---|---|
| Alexander Chen, Esq. , InHouseCo. Law Firm, Plaintiffs, Asmodus and Hsueh C. Yin | 714-932-6659  alexc@inhouseco.com |
| Robert G. Klein, Esq., representing Defendants Junbiao Ou, et al. | 323-653-3900 ext 110 Robert@Kleinlitigation.com |
| | |
| | |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Date: August 31, 2016　　　　　　Signed: _____
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Date: 　　　　　　　　　　　　　　Signed: _____
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

Print Form

*Important!  E-file this form in ECF using event name: "Notice of Need for ADR Phone Conference (ADR LR 3-5)."*

*Form ADR-TC rev. 6-2016*