# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASMODUS, INC., et al.<br><br>Plaintiff(s)<br><br>v.<br><br>JUNBIAO OU, et al.<br><br>Defendant(s) | Case No. 16-cv-03305-EJD<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: August 31, 2016    Signed: _____
                                            Party

Date: August 31, 2016    Signed: _____
                                            Attorney
                         ALEXANDER CHEN, ESQ.
                         attorney for Plaintiffs

Important: E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options.

Form ADR-Cert rev. 6-2016