UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ASMODUS, INC., et al.,

    Plaintiffs,

v.

JUNBIAO OU, et al.,

    Defendants.

Case No. 5:16-cv-03305-EJD

**CASE MANAGEMENT ORDER**

This case is scheduled for a Case Management Conference on September 15, 2016. Based on the parties' Joint Case Management Statement and proposed schedule, the court has determined an appearance is unnecessary at this time. Accordingly, the Case Management Conference is VACATED and the parties are ordered to comply with the following schedule.

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is **November 14, 2016**. The parties are instructed to comply with Federal Rule of Civil Procedure 15 in seeking joinder of parties or amendments to the pleadings prior to expiration of the deadline. Amendments sought after the deadline must comply with Federal Rule of Civil Procedure 16.

IT IS FURTHER ORDERED that the parties shall comply with the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that any disputes with respect to discovery or disclosure are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED that, in light of information provided to the court by the ADR Unit, the parties shall submit a stipulation referring this case to private mediation within 10 days of the date this order is filed.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| EVENT | DEADLINE |
|---|---|
| Fact Discovery Cutoff | June 14, 2017 |
| Designation of Opening Experts with Reports | June 28, 2017 |
| Designation of Rebuttal Experts with Reports | July 11, 2017 |
| Expert Discovery Cutoff | September 12, 2017 |
| Deadline(s) for Filing Discovery Motions | <u>See</u> Civil Local Rule 37-3 |
| Deadline for Filing Dispositive Motions | September 28, 2017 |
| Hearing on Anticipated Dispositive Motions | 9:00 a.m. on November 9, 2017 |
| Trial Setting Conference *(see Section III(C)(1) of Standing Order for Civil Cases)* | 11:00 a.m. on May 11, 2017 |
| Joint Trial Setting Conference Statement *(see Section III(C)(2) of Standing Order for Civil Cases)* | May 1, 2017 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Cases, a copy of which is available from the Clerk of the Court, with regard to the timing and content of the Joint Trial Setting Conference Statement and all other pretrial submissions.

**IT IS SO ORDERED**.

Dated: September 12, 2016

EDWARD J. DAVILA
United States District Judge