## DECLARATION OF JUNBIAO OU

I, Junbiao Ou declare:

1. I have personal knowledge of all the facts hereafter alleged and if called upon to testify could competently do so.

2. I am a Chinese citizen and the owner of Shenzhen Sigelei Technology Co., Ltd., a Chinese company.

3. Shenzhen Sigelei Technology Co., Ltd. is in the business of selling electronic cigarettes, electronic cigars and related products for the vaping industry.

4. As the owner of the company I have access to its books and records.

5. Shenzhen Sigelei Technology Co., Ltd., a Chinese company is the registered owner of the trademark "SnowWolf" registration number 4691744. The registration date is February 24, 2015.

6. I filed a trademark application for the drawing of a wolf with the name "SnowWolf" on May 25, 2016. Attached collectively as Exhibit 1 are copies of those applications and registrations.

7. Shenzhen Sigelei Technology Co., Ltd. has never made sales of its products in Santa Clara County, nor has Shenzhen Sigelei Technology Co., Ltd. ever shipped its products to Santa Clara County.

8. Shenzhen Sigelei Technology Co., Ltd. also has never targeted its marketing to Santa Clara County.

9. Shenzhen Sigelei Technology Co. sells its products over the internet and has some distributors, but does not have any distributors in Santa Clara County.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed August 2\_\_/2016 in Dongguan City, Guangdong Province, China.

_____
Junbiao Ou

LAW OFFICE OF ROBERT G. KLEIN
555 WEST FIFTH STREET, 31ST FLOOR
LOS ANGELES, CALIFORNIA 90013-1010
TELEPHONE (213) 996-8508

8

Reply To Plaintiff's Opposition To Motion To Change Venue